# Equitable Manfg. Co. v. Martin.

### *Assumpsit.*

(Decided Dec. 21, 1905, 39 So. Rep. 769.)

APPEAL from Lamar Circuit Court.
Heard before Hon. S. H. SPROTT.

WALTER NESMITH and R. G. COLLINS, for appellant.

No counsel marked for appellee.

Reversed and remanded.

Opinion by DOWDELL, J.

HARALSON, SIMPSON and DENSON, JJ., concur.